# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00794-CR

**Fred Yazdi, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 12-0204-K26, HONORABLE BERT RICHARDSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Fred Yazdi filed his notice of appeal on November 26, 2013, and the reporter's record was due to be filed on May 29, 2014, after this Court granted the court reporter's request for two extensions of time. The record has not been filed, and the court reporter requests a third extension of time to complete the record. Court reporter Ellaine Forester is ordered to file the reporter's record no later than June 30, 2014. *See* Tex. R. App. P. 37.3(a)(2).

It is ordered June 2, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose

Do Not Publish